# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff – Appellee,

v.                                                                 Docket No. 23-4055

HEVERTH CASTELLON,
    Defendant – Appellant.

## MOTION TO SEAL BRIEFING

Pursuant to Local Rule 25(c) of the Federal Rules of Appellate Procedure, Appellant Heverth Castellon moves the Court to seal the opening brief in its entirety. Because of the nature of the issues presented in this case, counsel was required in the opening brief to discuss sensitive material at length. In counsel's view, a less drastic alternative, such as filing a partially redacted brief, would not be sufficient because such a brief would be too heavily redacted to be meaningful to a public reader or, if less heavily redated, would risk making the content of the sensitive material apparent to a public reader.

The government, through AUSA Anthony Enright, has informed counsel that it takes no position on this Motion to Seal.

Respectfully submitted,

/s/ Joshua B. Carpenter
Joshua B. Carpenter
Appellate Chief
1 Page Avenue, Suite 210
Asheville, NC 28801
Joshua_Carpenter@fd.org

**CERTIFICATE OF SERVICE**

I, Joshua B. Carpenter, Appellate Chief for the Federal Public Defender for the Western District of North Carolina, hereby certify that a true and correct copy of the foregoing was duly served on Assistant United States Attorney Amy E. Ray by CM/ECF.

Date: May 4, 2023

s/Joshua B. Carpenter
Joshua B. Carpenter
Joshua_Carpenter@fd.org